No. 85–112.   LITTLE CROW MILLING CO., INC., ET AL. *v.* BALTIMORE & OHIO RAILROAD ET AL.   C. A. 7th Cir.   Certiorari denied.

No. 85–1229.   RUSSELL ET AL. *v.* DEPARTMENT OF TRANSPORTATION, FEDERAL AVIATION ADMINISTRATION.   C. A. Fed. Cir.   Certiorari denied.

No. 85–1279.   UNITED NUCLEAR CORP. ET AL. *v.* THOMAS, ADMINISTRATOR, ENVIRONMENTAL PROTECTION AGENCY, ET AL. (two cases);

No. 85–1280.   AMERICAN MINING CONGRESS *v.* THOMAS, ADMINISTRATOR, ENVIRONMENTAL PROTECTION AGENCY, ET AL. (two cases); and

No. 85–6404.   KEPFORD *v.* THOMAS, ADMINISTRATOR, ENVIRONMENTAL PROTECTION AGENCY, ET AL.   C. A. 10th Cir.   Certiorari denied.

No. 85–1291.   LEVINE ET AL. *v.* UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA (UNITED STATES, REAL PARTY IN INTEREST).   C. A. 9th Cir.   Certiorari denied.

No. 85–1339.   COHEN ET AL. *v.* NEW MEXICO.   Sup. Ct. N. M.   Certiorari denied.

No. 85–1386.   HOLLOWAY *v.* UNITED STATES; and

No. 85–1391.   SULLIVAN *v.* UNITED STATES.   C. A. 11th Cir.   Certiorari denied.

No. 85–1410.   MALONE & HYDE, INC. *v.* TANDY CORP.   C. A. 6th Cir.   Certiorari denied.

No. 85–1431.   BOLTON ET AL., DBA PRYOR & GLEN COAL CO. *v.* UNITED STATES.   C. A. 6th Cir.   Certiorari denied.